IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  3:09-cv-2374 |
| | ) | |
| RICHARD C. JARAMILLO and BEVERLY M. JARAMILLO, | ) ) | |
| | ) | |
| Defendants, and | ) | |
| | ) | |
| CHASE HOME FINANCE, LLC, | ) | |
| | ) | |
| Defendant, (who may claim an  interest in the realty sought to be foreclosed). | ) ) ) | |

## AGREED JUDGMENT

The Court, having considered the agreement of the parties, the United States and Richard C. Jaramillo, which resolves the United States' Complaint against Richard C. Jaramillo, has determined that judgment should be entered consistent with the agreement.  It is therefore:

ORDERED and ADJUDGED that the Defendant, Richard C. Jaramillo is indebted to the United States as of February 27, 2009 in the amount of $146,765.29 for unpaid income tax, penalties, statutory additions, and interest for the years 2002-2004 and trust fund recovery penalties pursuant to § 6672, statutory additions and interest for the 2nd and 3rd quarters of 2004, as set forth in the table below:

| TYPE OF TAX | TAX PERIOD | DATE OF ASSESSMENT | AMOUNT DUE THROUGH FEBRUARY 27, 2009 |
|---|---|---|---|
| 1040 | 2002 | 02/28/2005 | $42,472.53 |
| 1040 | 2003 | 02/20/2006 | $5,097.31 |
| 1040 | 2004 | 11/21/2005 | $21,360.13 |
| § 6672 | 6/30/2004 | 06/20/2005 | $30,626.96 |
| § 6672 | 9/30/2004 | 06/20/2005 | $47,208.36 |
| | | TOTAL | $146,765.29 |

Judgment is entered in favor of the United States and against Richard C. Jaramillo for the amount of $146,765.29, for taxes, interest, and statutory additions for the tax periods and in the amounts described in the table above. Interest and statutory additions will continue to accrue on the unpaid balance from February 27, 2009 until paid, as provided by sections 6651(a)(2) and 6601(a) of the Internal Revenue Code. For the 2002-2004 income tax periods, Richard C. Jaramillo is jointly and severally liable with his wife and co-defendant, Beverly M. Jaramillo.

2. The United States has valid federal tax liens against Richard C. Jaramillo for each year listed in paragraph 1. The liens filed attach to the defendant's interest in the property located at 4418 Crooked Lane, Dallas, Texas 75229 and more fully described as:

> Being Lot 2, Block B/6400 of NORTHAVEN MANOR, an Addition to the City of DALLAS, DALLAS County, Texas, according to the Plat thereof recorded in Volume 27, Page 211, Map Records, DALLAS County, Texas.

3. The United States may collect the liabilities described in paragraph 1 by foreclosing upon and selling the Property. The United States will not begin foreclosure proceedings until 90 days after this Agreed Judgment is entered by this Court. After payment of any ad valorem taxes and expenses of sale, the net proceeds after payment of these debts will be applied to the tax liabilities of Richard C. Jaramillo. The United States shall submit further motions detailing how the

Property will be sold.

    4.    Richard C. Jaramillo will make all reasonable efforts to timely pay all mortgage payments, ad valorem taxes and property insurance on the property until the property is sold. The United States waives its rights under 28 U.S.C. section 3011 to recover a surcharge of 10% of the amount of the debt in the event that the United States avails itself of the pre-judgment or post judgment relief as set forth in Subchapter B or C of the Federal Debt Collection Procedure Act, 28 U.S.C. §§3001 *et. seq.*, in order to cover the cost of processing and handling the litigation and enforcement under this chapter of the claim for such debt.

    SIGNED May 17, 2010.

_____
David C. Godbey
United States District Judge

AGREED AS TO FORM AND SUBSTANCE:


/s/ Michelle C. Johns
Michelle C. Johns
State Bar No.: 24010135
U.S. Department of Justice, Tax Division
717 North Harwood, Suite 400
Dallas, TX 75201
Telephone (214) 880-9762
Facsimile  (214) 880-9741
michelle.c.johns@usdoj.gov

ATTORNEY FOR PLAINTIFF,
UNITED STATES OF AMERICA



/s/ Donald P. Lan, Jr.
Donald P. Lan, Jr.
State Bar No.: 11855600
Kroney Morse Lan, P.C.
12221 Merit Drive, Suite 825
Dallas, Texas 75251
Telephone (972) 386-8500
Facsimile  (972) 701-0307
dlan@kmllaw.com

ATTORNEY FOR DEFENDANT,
RICHARD C. JARAMILLO