IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.  3:09-cv-2374 |
| | ) | |
| RICHARD C. JARAMILLO and | ) | |
| BEVERLY M. JARAMILLO, | ) | |
| Defendants, and | ) | |
| | ) | |
| CHASE HOME FINANCE, LLC. | ) | |
| Defendant, (who may claim | ) | |
| an interest in the realty | ) | |
| sought to be forecasted) | ) | |

ORDER GRANTING UNITED STATES' MOTION
TO CONFIRM SALE AND DISBURSE FUNDS

The Court has considered the United States' Motion for Confirmation and Disbursement of Funds regarding a sale made by the Internal Revenue Service ("IRS"), pursuant to the Court's Order of Foreclosure Sale and to Vacate, entered November 4, 2010, of the following real property located in Dallas County, Texas, and described more fully as follows:

> Being Lot 2, Block B/6400 of NORTHHAVEN MANOR, an Addition to the City of DALLAS, DALLAS County, Texas, according to the Plat thereof recorded in Volume 27, Page 211, Map Records, DALLAS County, Texas.

The Court has examined the sale of the IRS under the Order of Foreclosure Sale and to Vacate.  No objections to the sale have been filed.  The Court therefore finds that due and legal notice of the sale was given in conformity with the law and judgment of this Court. The Court further finds that on August 12, 2011, the IRS sold the above Dallas County property for $485,000.00, to Investors Capital Funding LLC, (the "Purchaser"), who was the highest bidder.

The Court further finds that the sale by the IRS in all respects conformed with the law, the Order of Foreclosure Sale and to Vacate, and the judgment of this Court.

IT IS ORDERED that the Clerk of the United States District Court for the Northern District of Texas, shall disburse funds, including any accrued interest, currently in the Court's Registry in Case No. 3:09-CV-2374-N as follows:

a) first, to costs of sale:
   1) Daily Commercial Record
      for advertising of the Legal Ad               $658.13
   2) AFX Title Company
      for cost of Title Report                      $159.95
   3) A-1 Locksmith
      Locksmith services                            $108.00
   4) 1-8—GOT-JUNK
      for interior clean-up and haul off            $388.00
   5) Fernando Limon
      for yard clean-up and lawn mowing             $550.00
   6) Texas Blue Pool Service
      for pool clean-up                             $200.96
   7) Lone Star Glass and Aluminum
      for glass replacement                         $145.00
   8) TXU Energy
      for utility services                        $1,453.00
   9) Dallas Water Utilities
      for water services                            $487.29

**Total Costs of Sale**                            **$4,150.33**

Make check payable to the "United States Treasury" and mail to:
Internal Revenue Service
Attn: Amelia Lerma
555 N. Carancahua St., Suite 110
Corpus Christi, TX 78401

b)   second, to Chase Home Finance LLC
     for outstanding mortgage through September 9, 2011

     Make check payable to Chase Home Finance LLC
     Reference Account # 1767144771 and mail to:
     Chase Home Finance LLC
     Attn: Department G-8 DPP
     3415 Vision Drive
     Columbus, OH 43219                                              **$337,754.42**

c)   third, the remainder of the funds, plus any accrued interest,
     to the United States Treasury for federal tax liabilities of
     Richard C. Jaramillo and Beverly M. Jaramillo

     Make check payable to the "United States Treasury" and mail to:
     U.S. Department of Justice
     Attn: Michelle C. Johns
     Trial Attorney, Tax Division
     717 N. Harwood Street, Suite 400
     Dallas, Texas 75201

IT IS FURTHER ORDERED that the United States' sale and all proceedings under the Order of Foreclosure Sale and to Vacate are approved and confirmed, and that the IRS make and execute to the Purchaser a good and sufficient deed for the property.

IT FURTHER ORDERED that after the execution and delivery of the deed to the Purchaser, Investors Capital Funding LLC, by the IRS, the Purchaser is granted title and possession of the property against any or all people now in possession.

Signed November 4, 2011.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE