IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.. 3:09-cv-2374 |
| | ) | |
| RICHARD C. JARAMILLO and | ) | |
| BEVERLY M. JARAMILLO, | ) | |
| Defendants, and | ) | |
| | ) | |
| CHASE HOME FINANCE, LLC. | ) | |
| Defendant, (who may claim | ) | |
| an interest in the realty | ) | |
| sought to be forecasted) | ) | |

## SATISFACTION OF JUDGMENT AS TO BEVERLY M. JARAMILLO

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION:

PLEASE TAKE NOTICE that Internal Revenue Service has satisfied the Default Judgment (DE #18) entered against Beverly M. Jaramillo on May 4, 2010, in the above-captioned action.

Accordingly, you are authorized to mark the judgment satisfied of record.

Dated this 2nd day of March, 2012.

Respectfully submitted,

JAMES T. JACKS
United States Attorney

/s/ Michelle C. Johns
MICHELLE C. JOHNS
Trial Attorney, Tax Division
U. S. Department of Justice
State Bar No. 24010135
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9762
(214) 880-9741 (fax)
Michelle.C.Johns@usdoj.gov

ATTORNEYS FOR THE UNITED STATES