# RELEASE OF ABSTRACT OF JUDGMENT
## NOTICE OF ENTRY OF SATISFACTION OF JUDGMENT AND RELEASE OF JUDGMENT LIEN

### Case # 3:09-CV-2374

Pursuant to Title 28, United States Code, § 3201(d), the filing of this Abstract of Record giving notice of the satisfaction of the judgment against the defendant, releases the lien on all real property of the defendant that was previously created by the filing of an Abstract of Judgment against the defendant in the same place and manner in which an Abstract of Record reflecting the judgment has been filed.

| Names and Addresses of Parties against whom judgments have been obtained | Names of Parties in whose favor Judgments have been obtained |
|---|---|
| BEVERLY M. JARAMILLO<br><br>SSN: xxx-xx-7180<br>YOB: 1956 | UNITED STATES OF AMERICA<br>Civil No. 3:09-CV-2374 |

| Amount of Judgment | Names of Creditors' Attorneys | Satisfaction of Judgment Docketed |
|---|---|---|
| $66,100.40 plus interest and statutory additions through February 27, 2009 | Michelle C. Johns<br>Trial Attorney<br>U.S. Department of Justice<br>Tax Division<br>717 N. Harwood, Suite 400<br>Dallas, TX 75201 | 03/02/2012 |

| UNITED STATES OF AMERICA | CLERKS OFFICE | U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION |

I FURTHER CERTIFY that a SATISFACTION of the referenced judgment has been provided by the judgment creditor, United States of America, and that such SATISFACTION OF JUDGMENT has been entered in the records of this Court in Case No. 3:09-CV-2374.

File, Record this notice of tax and return to:
Department of Justice, Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201

Date, __March 8th__, 2012

__Karen Mitchell__, Clerk.

By __/S/Thomas Drew__ Deputy Clerk.